IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINE MAYBIN | : | CIVIL ACTION |
| vs | : | |
| THE CITY OF PHILADELPHIA, et al | : | NO. 13-5998 |

FILED
AUG 21 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 21st day of August, 2014, it is hereby **ORDERED** that this court's April 30, 2014 order is **VACATED**.

**IT IS FURTHER ORDERED** that the issues between the parties in the above action shall remain settled pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970). The matter is DISMISSED with prejudice, pursuant to agreement of counsel without costs.

BY THE COURT

*Carol S. Wells*
CAROL SANDRA MOORE WELLS
CHIEF U.S. MAGISTRATE JUDGE