**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**FILED**

CHRISTINE MAYBIN

AUG 2 1 2014

CIVIL ACTION

vs

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

THE CITY OF PHILADELPHIA, et al          :          NO. 13-5998

**O R D E R**

       **AND NOW**, this 21st day of August, 2014, after a telephone conference with all parties herein, it is hereby **ORDERED** that the City of Philadelphia shall deliver a check in the amount of Three Thousand Dollars ($3,000.00) and made payable to Christine Maybin on or before the close of business Monday, August 24, 2014.

                              BY THE COURT

                              CAROL SANDRA MOORE WELLS
                              CHIEF U.S. MAGISTRATE JUDGE